# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| CESAR A. VALDESPINO and BLANCA L. VALDESPINO, Debtors. | 08-20062 JAB [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Express Recovery Services, Inc.<br>PO Box 26145<br>Salt Lake City, UT 84126 | $1.49 |
| Intermountain Healthcare<br>PO Box 24808<br>Salt Lake City, UT 84127-0808 | $4.93 |
| American Express Travel Related Services Co., Inc.<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $2.71 |

The addresses listed above constitute the last known addresses in question. The check in the amount of $9.13 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 9th day of April, 2010.

Duane H. Gillman, Trustee

SLC_586738.1